UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-01668-SK Date: April 21, 2026

Title Magdalena Zepeda Gomez v. Warden, Adelanto Detention Facility, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| | |
|---|---|
| Connie Chung | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER (1) GRANTING MOTION TO ENFORCE COURT ORDER [ECF 16]; (2) REQUIRING RESPONDENTS TO SHOW CAUSE RE: CONTEMPT**

On April 10, 2026, after Respondents attempted to remove Petitioner from the country during her habeas proceedings here, the Court "ENJOINED [Respondents] from removing her from the United States or transferring her outside this district pending further order of this Court." (ECF 11). Despite that order, Respondents attempted to remove or, at the very least, intended to remove Petitioner from the country on or about April 20, 2026. (ECF 16). Worse, Respondents now say they "intend to remove Petitioner on April 27, 2026, or shortly thereafter" to an unidentified country in violation of the Court's April 10 order. (ECF 11, 20).

Given Respondents disregard for the Court's order enjoining removal, the Court GRANTS Petitioner's Second Motion to Enforce Court Order. (ECF 16). Moreover, counsel for Respondents is ORDERED to appear in person on April 22, 2026 at 1:30 P.M. in Courtroom 540 to show cause why the Government should not be held in contempt for violating the Court's April 10 order enjoining removal pending habeas proceedings here. (ECF 11). Counsel for Petitioner is also ordered to appear.

IT IS SO ORDERED.