# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SEE ATTACHED,

Petitioner,

vs.

SEE ATTACHED,

Respondent(s).

Case No. SEE ATTACHED

**ORDER SETTING HEARING FOR ARGUMENT**

Date: October 19, 2026
Time: 1:30 pm
Courtroom: 540 (Roybal Fed Bldg & US Crthse)

The court orders counsel for the parties[1] in the cases listed on the Attachment to appear **in person** at **1:30 PM** on **October 19, 2026** in **Courtroom 540** of the **Roybal Federal Building and United States Courthouse** (255 East Temple Street, Los Angeles, California 90012) for oral argument on the pending petitions under 28 U.S.C. § 2241.

Failure to appear at the hearing in person as ordered or to be prepared to participate at the hearing may lead to sanctions with no further warning or notice. *See*, *e.g.*, Fed. R. Civ. P. 16(f), 37(b)(2)(A), and 41(b); L.R. 41-1, 41-5

IT IS SO ORDERED.

Dated: September 18, 2026

STEVE KIM
United States Magistrate Judge

[1] Any counsel of record for Petitioner may appear at the hearing. Government counsel may stand in for one another but only if they file a notice of appearance in advance of the status conference, are fully familiar with the facts of the case(s) they appear on, and can make statements binding the Respondent(s) in the particular case(s) they appear on.

# ATTACHMENT

| Petitioner | Case Number |
| --- | --- |
| Magdalena Zepeda Gomez | ED CV 26-1668-SK |
| Beng Zimri Moreno Hernandez | ED CV 26-3181-FMO |
| Ali Jahal Badran | ED CV 26-4526-FLA |
| Kelvin Leonel Martinez-Ramos | ED CV 26-5087-SK |