JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MAGDALENA ZEPEDA GOMEZ,
Petitioner,
v.
WARDEN, *et al*.,
Respondents.

Case No. 5:26-cv-01668-SK

**JUDGMENT**

A-File No. 200-284-122

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS ADJUDGED that Petitioner MAGDALENA ZEPEDA GOMEZ (A# 200-284-122) is to be released from ICE custody forthwith under a written order of supervision (OSUP) in compliance with 8 U.S.C. § 1231(a)(3).

This court retains jurisdiction to enforce its order and judgment if Respondents revoke Petitioner's OSUP and re-detain Petitioner in violation of the Immigration and Nationality Act or their agency regulations prescribing the procedures for valid OSUP revocation.

Dated: October 27, 2026

STEVE KIM
United States Magistrate Judge